IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(4) JOSE ALEJANDRO SEGOVIA<br>(5) JOSE LUIS SANDOVAL-GODOY<br>(6) CARLOS EDGAR SANDOVAL-URIEL<br>(7) RIGOBERTO PACHECO-CARRILLO<br>(10) ANDRES G. HERBAS<br>(12) GUILLERMO GARZA-SANCHEZ | Docket No. 3:12-cr-139-FDW<br><br>ORDER SEALING SECOND SUPERSEDING BILL OF INDICTMENT, WARRANTS, AND OTHER DOCUMENTS<br><br>*UNDER SEAL* |

UPON MOTION of the United States of America for an order directing that the Second Superseding Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Second Superseding Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 16th day of October 2012.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE