**To:** The Honorable Frank D. Whitney
Chief U.S. District Court Judge

**From:** Valerie G. Debnam
U.S. Probation Officer

**Subject:** **Jose Alejandro Segovia**
Case Number: 0419 3:12CR00139- 004
**OUT-OF-COUNTRY TRAVEL**

**Date:** 12/13/2017

NORTH CAROLINA WESTERN
MEMORANDUM

---

Mr. Segovia appeared before Your Honor on April 3, 2014, for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21:846 and 21:841(b)(1)(A). Mr. Segovia was sentenced to fifty-seven (57) months imprisonment followed by a five (5) year term of supervised release. Supervised release began on March 26, 2016 in the Northern District of Texas.

Mr. Segovia has submitted a request to travel to Durango, Mexico for the purpose of attending his sister's wedding. Mr. Segovia will leave on December 17, 2017, and return on December 28, 2017. He will be staying with family at Benito Juarez, 1015 Zona Centro, 34420 Nuevo Ideal, Durango Mexico.

According to his Supervising Officer from the Northern District of Texas, Mr. Segovia has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Segovia be allowed to travel to Mexico as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any question, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: December 13, 2017

Frank D. Whitney
Chief United States District Judge